**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JOEL WRIGHT,<br>Petitioner,<br><br>v.<br><br><br>WARDEN, FCI DANBURY<br>Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No.: 3:25cv813 (OAW) |

RESPONSE TO COURT ORDER DATED SEPTEMBER 10, 2026

On September 10, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered BOP to "determine a plan to transfer Mr. Wright into prerelease custody or supervised release." Prior to the issuance of this Order, the Respondent, through the Bureau of Prisons ("BOP") Residential Reentry Management Branch, made significant efforts to find community placement for the Petitioner. *See* ECF Nos. 28-2 and 36-1. After the issuance of the Order, the BOP continued in these efforts, including consideration of a supervised healthcare facility, continued appeals to the U.S. Probation Office in the District of Vermont to supervise Petitioner on home confinement, communication with the Administrative Office of the U.S. Courts, and requests to numerous Residential Reentry Centers ("RRC") throughout the country.[1] Despite repeated rejections from both the RRCs and the Probation Office, these efforts continued.

This week, Respondent identified an appropriate RRC that is willing to accept Petitioner. Accordingly, BOP intends to transfer Petitioner to Dismas Charities, Inc., 4001 North Cliff Avenue, Sioux City, South Dakota 57104. Upon information and belief, this RRC is compliant

[1] Respondent contacted RRCs in over ten states and is happy to provide more specifics in a detailed declaration.

with the Americans with Disabilities Act. Further, the RRC facilitates transportation to nearby medical care in Sioux City should Petitioner need it.

There are logistical considerations before Petitioner actually transfers, as Petitioner must sign paperwork agreeing to this placement; BOP must arrange a flight; and BOP must determine whether Petitioner needs a staff escort to the RRC given his medical condition. BOP recently initiated this process and, absent Petitioner's objection, will transfer him to the RRC as soon as the logistics are finalized.

Respectfully Submitted,

David X. Sullivan
United States Attorney

/s/

Michelle L. McConaghy, ct27157
Assistant United States Attorney
United States Attorney's Office
District of Connecticut
157 Church Street, 24th Floor
New Haven, CT 06510
michelle.mcconaghy@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on October 9, 2026, I served a full and complete copy of the foregoing Response and Objection using first class, postage-prepaid mail to:

Joel Wright
#51993-298
FCI Danbury
33 1/3 Pembroke Road
Danbury, CT 06811

/s/
Michelle L. McConaghy, ct27157
Assistant United States Attorney